Matter of Telicia M. B. v Zyaire G. (2023 NY Slip Op 03347)

Matter of Telicia M. B. v Zyaire G.

2023 NY Slip Op 03347

Decided on June 21, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 21, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
PAUL WOOTEN
WILLIAM G. FORD
BARRY E. WARHIT, JJ.

2022-07142
 (Docket No. P-4502-22)

[*1]In the Matter of Telicia M. B. (Anonymous), respondent, 
v
Zyaire G. (Anonymous), appellant.

Kyle Sosebee, Brooklyn, NY, for appellant.
Daniel P. Moskowitz, Jamaica, NY, for respondent.
Twyla Carter, New York, NY (Dawne A. Mitchell and Judith Stern of counsel), attorney for the child.

DECISION & ORDER
In a proceeding pursuant to Family Court Act § 516-a to vacate an acknowledgment of parentage, the putative father appeals from an order of the Family Court, Kings County (Jacqueline B. Deane, J.), dated August 17, 2022. The order granted the mother's petition to vacate an acknowledgment of parentage.
ORDERED that the order is affirmed, without costs or disbursements.
A signatory to an acknowledgment of parentage may rescind it within 60 days of the date of signing the acknowledgment (see Family Ct Act § 516-a[b][i]; see generally Matter of Vaskovtsev v Melska, 174 AD3d 633, 634; Matter of Westchester County Dept. of Social Servs. v Robert W.R., 25 AD3d 62, 66-67). Here, the mother filed her petition to vacate an acknowledgment of parentage within 60 days of signing the acknowledgment of parentage, entitling her to rescind it (see Family Ct Act § 516-a[b][i]; see generally Matter of Vaskovtsev v Melska, 174 AD3d at 634; Matter of Westchester County Dept. of Social Servs. v Robert W.R., 25 AD3d at 66-67).
The putative father's remaining contentions are without merit.
Accordingly, the Family Court properly granted the mother's petition to vacate the acknowledgment of parentage.
BARROS, J.P., WOOTEN, FORD and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court